IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIKE BARNES,              ) | |
|                           ) | Civil Action No. |
|    Plaintiff,  ) | |
|                           ) | 1:11-cv-01704-TCB |
| v.                        ) | |
|                           ) | JURY TRIAL DEMANDED |
| ATLANTIC LIMOUSINES, INC., ) | |
| SOHRAB OSKOUEI AND        ) | |
| HOSSEIN OSKOUEI,          ) | |
|                           ) | |
|    Defendants. ) | |
|                           ) | |
| _____ ) | |

## **VOLUNTARY DISMISSAL**

COMES NOW, Plaintiff, by and through undersigned counsel, and dismisses his claims against Atlantic Limousines, Inc., Sohrab Oskouei and Hossein Oskouei.

Respectfully submitted this 15th day of July, 2011.

                                           s/Amanda A. Farahany
                                           Amanda A. Farahany
                                           Georgia Bar No. 646135

BARRETT & FARAHANY, LLP
1401 Peachtree Street
Suite 101
Atlanta, GA 30309
(404) 214-0120

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MIKE BARNES, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | 1:11-cv-01704-TCB |
| v. | ) | |
| | ) | |
| ATLANTIC LIMOUSINES, INC., | ) | Jury Trial Demanded |
| SOHRAB OSKOUEI AND | ) | |
| HOSSEIN OSKOUEI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the Voluntary Dismissal with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Clifford M. Weiss
    FoxWeiss, P.A.
    541 Village Trace
    Building 11 A, Suite 201
    Marietta, GA  30067

This 15th day of July, 2011.

s/Amanda A. Farahany  
Amanda A. Farahany  
Georgia Bar No. 646135

BARRETT & FARAHANY, LLP  
1401 Peachtree Street  
Suite 101  
Atlanta, GA 30309